UNITED STATES OF AMERICA
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

       Plaintiff,

vs.                                     Criminal Case No. 08-cr-20499-1

PETER C. LUKASAVITZ,

       Defendant.
_____/

## ORDER GRANTING MOTION FOR EXTENSION OF TIME

The Defendant has filed a motion to vacate, set aside, or correct sentence under 28 § USC 2255 on July 12, 2010. Simultaneously he has filed a "Motion for Expansion of Time to File a Memorandum in Support of Motion to Vacate." The court has reviewed the Motion for Expansion of Time and will grant the request. Therefore,

IT IS HEREBY ORDERED that the defendant shall file his Memorandum in support of his motion to vacate by **September 15, 2010**. The Government is to file a response and brief to the "Motion to Vacate," by **October 27, 2010.** The reply, if any, is to be filed by **November 24, 2010.**

                                          S/Robert H. Cleland
                                          ROBERT H. CLELAND
                                          UNITED STATES DISTRICT JUDGE

Dated: July 30, 2010

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, July 30, 2010, by electronic and/or ordinary mail.

                                         S/Lisa Wagner
                                         Case Manager and Deputy Clerk
                                         (313) 234-5522