# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                       Case No. 08-CR-20499

PETER LUKASAVITZ,

    Defendant.
                                           /

## OPINION AND ORDER GRANTING REQUEST FOR EXTENSION OF TIME

On July 30, 2010, the court entered an order granting Defendant Peter Lukasavitz additional time to file his memorandum in support of his motion to vacate under 28 U.S.C. § 2255. On September 7, 2010, Defendant filed a request for an additional extension of time. Defendant cites his lack of resources and other difficulties experienced in researching and preparing his memorandum. Accordingly,

IT IS ORDERED that Defendant's request for extension of time [Dkt. # 30] is GRANTED. Defendant shall file his memorandum in support of his motion to vacate by **December 15, 2010.** The Government shall file its response **January 26, 2011.** The reply, if any, is to be filed by **March 2, 2011**.

NO FURTHER EXTENSION SHALL BE GRANTED TO DEFENDANT.

                                            S/Robert H. Cleland
                                            ROBERT H. CLELAND
                                            UNITED STATES DISTRICT JUDGE

Dated: September 16, 2010

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, September 16, 2010, by electronic and/or ordinary mail.

                                           S/Lisa Wagner
                                           Case Manager and Deputy Clerk
                                           (313) 234-5522